# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMANDA PFOUNTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:17-cv-02753-JCH |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal herein.

Dated: March 1, 2018

Respectfully Submitted,

**PONTELLO LAW, LLC**

   /s/ Dominic M. Pontello
DOMINIC M. PONTELLO #60947
Pontello Law, LLC
406 Boones Lick Rd.
St. Charles, Missouri 63301
(636) 896-4170
(636) 246-0141 facsimile

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of March 2018, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

                                                   */s/ Dominic M. Pontello*
                                                   Dominic M. Pontello